# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

May 21, 2007

**VIA HAND DELIVERY**
Clerk of the Court
United States District Court
  for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

     Re:    New Misc. Action:  Ricoh Company, Ltd. v. Quanta Computer, Inc.

Dear Sir:

    Enclosed is Ricoh Company Ltd.'s Motion to Enforce Its Subpoena to Dell Inc.  Ricoh Company Ltd. respectfully requested expedited consideration of this motion due to exigent circumstances and upcoming court deadlines as described in the motion.

Respectfully Submitted,

Francis DiGiovanni

FD:lf
cc: Robert W. Holland, Esq. (via Fax and Email)
    J.C. Rozendaal, Esq. (Via Email)

540171_1

WILMINGTON, DE          WASHINGTON, DC          LOS ANGELES, CA