**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUANTA COMPUTER, INC., <br> QUANTA STORAGE, INC., <br> QUANTA COMPUTER USA, INC., and <br> NU TECHNOLOGY, INC., <br><br> Defendants | Misc. Action No. 07-0098 <br><br><br> Civil Action  No. 06-C-0462 <br> Currently Pending in the <br> United States District Court for the <br> Western District of Wisconsin |

**NOTICE OF WITHDRAWAL OF MOTION**

Ricoh Company, Ltd. ("Ricoh") hereby withdraws, without prejudice to re-file, its

Motion to Enforce Subpoena to Dell Inc. (D.I. 1) filed on May 21, 2007.

Respectfully submitted,


/s/ Francis DiGiovanni
Collins J. Seitz, Jr. (#2237)
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801
Phone: 302-888-6316
cseitz@cblh.com
fdigiovanni@cblh.com

Counsel for Ricoh Company, Ltd.

Of counsel:

Mark C. Hansen
J.C. Rozendaal
Richard H. Stern
Michael E. Joffre
KELLOGG, HUBER, HANSEN,
    TODD, EVANS & FIGEL, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036


Dated:  May 22, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Francis DiGiovanni, hereby certify that on May 22, 2007, I caused a copy of the foregoing document to be served on the below-listed counsel of record in the manner so indicated:

**BY FAX AND E-MAIL:**

Robert W. Holland, Esq.
Hamilton & Terrile, LLP
8911 North Capital of Texas Highway
Westech Center Suite 3150
Austin, TX 78759
rholland@hamiltonterrile.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)